UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

    vs.

William Gonzalez,

              Defendant.

------------------------------x

17 CR 70 (LAK)
21 CR 177 (LAK)

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

The Court having today sentenced this defendant to time served in both cases, the

IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant William Gonzalez, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED:

6/16/22

_____
Lewis A. Kaplan
United States District Judge